Howard S. Levine, SBN 137009
howard@cypressllp.com
Tania M. Moyron, SBN 235736
tania@cypressllp.com
CYPRESS, LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone: (424) 901-0123
Facsimile: (424) 750-5100

Counsel to Chapter 11
Debtor and Debtor in Possession

**FILED & ENTERED**

**MAY 22 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** milano    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CHANGES MADE BY COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES DIVISION)

In re:

Domum Locis LLC,

Debtor.

Case No.: **2:14-bk-23301-RK**

Chapter 11

**ORDER ON STIPULATION AMONG DEBTOR DOMUM LOCIS, LLC., AND MICHAEL J. KILROY REGARDING PAYMENT OF QUARTERLY FEES TO THE OFFICE OF THE UNITED STATES TRUSTEE**

The Court, having considered that certain *Stipulation Among Debtor And Michael J. Kilroy Regarding Payment Of Quarterly Fees To The Office Of The United States Trustee* (the "Stipulation"), entered into by and among, Domum Locis, LLC, the above-captioned debtor and debtor in possession, and Michael J. Kilroy ("Kilroy"), the debtor and debtor in possession in a related chapter 11 case, bearing bankruptcy case number 2:15-bk-15708-RK,

IT IS HEREBY ORDERED:

1. The Stipulation is DISAPPROVED without prejudice and not made an order of the court.

2. In only showing that the stipulating parties have agreed to the proposed transactions described in the Stipulation, they have failed to show that the proposed transactions

1  described in the Stipulation to use property of the bankruptcy estate of debtor Michael

2  J. Kilroy (i.e., for one bankruptcy debtor to pay the United States Trustee fees of

3  another bankruptcy debtor) are in the ordinary course of business within the meaning

4  of 11 U.S.C. § 363(b)(1).  Unless the stipulating parties show that the transactions are

5  in the ordinary course of business, such transactions using estate property not in the

6  ordinary course of business can only be approved after notice and hearing upon a

7  showing of business justification pursuant to 11 U.S.C. § 363(b)(1). *See, e.g., In re*

8  *Dant & Russell, Inc.,* 853 F.2d 700, 704-705 (9th Cir. 1988); *In re Lionel Corp.,* 722

9  F.2d 1063, 1071 (2nd Cir. 1983).

10  IT IS SO ORDERED.

12  ###

24  Date: May 22, 2015

25  Robert Kwan
   United States Bankruptcy Judge

CYPRESS, LLP
11111 Santa Monica Boulevard Suite 500
Los Angeles, California 90025
(424) 901-0123

EX PARTE APPLICATION RE FIRST INTERIM FEE APPLICATION